DOUGLASS v. YELLOW TAXICAB CO. et al. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by William J. Douglass against the Yellow Taxicab Company and another. No opinion. Motion for stay denied, with $10 costs. See, also, 156 N. Y. Supp. 1120.

Frank M. DOWLER, an infant, etc., Appellant, v. Joseph JOHNSON, Respondent. Frederick KROENKE, an infant, etc., Appellant, v. SAME, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Appeal from Trial Term, New York County. Actions by Frank M. Dowler, an infant, etc., and by Frederick Kroenke, an infant, etc., against Joseph Johnson. From judgments dismissing the complaints, plaintiffs appeal. Affirmed.

PER CURIAM. Judgments affirmed, with costs. Orders filed.

DOWLING and SMITH, JJ., dissent upon the ground that the evidence authorizes the inference that the defendant was guilty of negligence co-operating with the negligence of the chauffeur to cause the accident.

Mary C. DOWNIE, as admx., etc., respt., v. QUEEN CITY DAIRY CO. and others, applts. (Supreme Court, Appellate Division, Fourth Department. December 8, 1915.) Judgment and order affirmed, with costs. All concur.

Mary C. DOWNIE, as admx., etc., respt., v. QUEEN CITY DAIRY CO., et al., applts. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Motions by defendants for leave to appeal to Court of Appeals denied, with $10 costs.

Walter J. F. DOYLE, respt., v. TROY UNION RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment and order unanimously affirmed with costs.

DRESSEL, appellant, v. W. F. S. CONSTRUCTION COMPANY, Inc., and others, defendants; Gaynor & Rosenblum, Inc., respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Order of the County Court of Kings County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

John D. DUNLOP, appellant, v. Agnes HAERTER, Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment affirmed, with costs. See Wadick v. Mace, 191 N. Y. 1, 83 N. E. 571; Genevetz v. Feiering, 136 App. Div. 737, 121 N. Y. Supp. 392, and Hugel v. Habel, 132 App. Div. 327, 117 N. Y. Supp. 78. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

Mary E. Dodge DURAND, respt., v. Floyd GRIFFIN and one, applts. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

Rachel DUTCHER, Respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1915.) Motion for reargument of the motion of December, 1913, granted, and case set down for Tuesday, January 4, 1916.

Rachel DUTCHER, respondent, v. John WANAMAKER, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion granted, without prejudice to a motion for reargument of the appeal from the judgment and order.

Ethel DYSON, respt., v. Isaac HALL, applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. Held: That the verdict is against the weight of the evidence upon the question of damages. All concur.

In the Matter of the EASTERN BOULEVARD. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Motion granted, without costs. Order filed.

William EBLING et al., Applts., v. Mendel PRESSBERGER, impld., Respt. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Judgment affirmed, with costs. No opinion. Laughlin, J., dissenting. Order filed.

Samuel B. ECKERT v. AUSTRO-AMERICAN S. S. CO. (Supreme Court, Appellate Division, First Department. January 14, 1916.) Application granted. Order signed.

EMERY, Appellant, v. LANGEVIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 8, 1915.) Action by William N. Emery against William P. Langevin and another. No opinion. Motion granted, and case set down for Wednesday, January 5, 1916. See, also, 154 N. Y. Supp. 1120.

Clarence ENNIS, respt., v. Oliver M. SETCHELL, applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. The reversal is upon the ground that